1  Gary L. Eastman, Esq. (CSB #182518)
2  Matthew C. McCartney, Esq. (CSB #226687)
   Gary L. Eastman, APLC
3  401 West A Street, Suite 1785
   San Diego, CA 92101
4  Telephone:  (619) 230-1144
   Facsimile:  (619) 230-1194
5  E-mail:     gary@garyeastman.com

6  Attorneys for Plaintiffs and
   Counterclaim-Defendants EVOLUTION
7  FAST FOODS, LLC and
   MITCH C. WALLIS

8  Lisa M. Martens (SBN 195824)
   FISH & RICHARDSON P.C.
9  12390 El Camino Real
   San Diego, CA 92130
10 Telephone:  (858) 678-5070
   Facsimile:  (858) 678-5099
11 E-mail:     martens@fr.com

12 Attorneys for Defendants and
   Counterclaim-Plaintiffs EVOLUTION FRESH, INC.
13 and STARBUCKS CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTION FAST FOODS, LLC, a California limited liability company, and MITCH C. WALLIS,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>vs.<br><br>EVOLUTION FRESH, INC., a Delaware corporation, and STARBUCKS CORPORATION, a Washington corporation,<br><br>Defendants and Counterclaim-Plaintiffs,<br><br>and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 3:12-cv-2003-JAH (NLS)<br><br>**JOINT MOTION TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE** |

Plaintiffs and Counterclaim-Defendants Evolution Fast Foods, LLC and Mitch C. Wallis (collectively, "Plaintiffs") and Defendants and Counterclaim-Plaintiffs Evolution Fresh, Inc. and Starbucks Corporation (collectively, "Defendants"), by their respective counsel, respectfully move the Court for an Order to continue the Mandatory Settlement Conference currently set for January 13, 2014 (See Doc. No. 26), by 30 days. In support of this Joint Motion, the parties state as follows:

1. The purpose of this Joint Motion is to give the parties the time they need to maximize their ability to reach an early disposition of this case by settlement agreement and to avoid burdening the time and resources of the Court.

2. Good cause exists to support the requested 30-day continuance because the parties have reached an agreement in principle to resolve this case; have memorialized the terms of their agreement in a draft; and are in the midst of negotiating a few minor outstanding issues. The parties sincerely believe they are likely to resolve the minor remaining issues in the near future and anticipate that the draft settlement agreement will be executed within 30 days.

3. The settlement negotiations have been delayed due to Plaintiffs' recent travel schedule and various business obligations. This delay, however, should not be construed as a lack of desire to reach a resolution in this matter. To the contrary, Plaintiffs are committed to working with Defendants to amicably settle this case.

4. Counsel for both parties agree that settlement is imminent. The draft agreement has already been circulated and the majority of terms agreed upon. There is no question that a settlement agreement will be executed in the near future. Specifically, counsel for both parties anticipate the parties will reach a full and final resolution of this matter within the next 30 days.

5. A copy of the parties' Proposed Order granting the 30-day continuance is submitted concurrently herewith.

6. Counsel for both parties have worked together in drafting the Proposed Order and approve same.

WHEREFORE, Plaintiffs and Defendants respectfully move the Court to grant this Joint Motion, to enter the Proposed Order tendered herewith or a form substantially the same, and to grant all other just and proper relief.

Respectfully submitted,

Dated: January 10, 2014     GARY L. EASTMAN APLC

By: /s/ Gary L. Eastman
Gary L. Eastman

Attorneys for Plaintiffs and Counterclaim-Defendants EVOLUTION FAST FOODS, LLC and MITCH C. WALLIS

Dated: January 10, 2014     FISH & RICHARDSON P.C.

By: /s/ Lisa M. Martens
Lisa M. Martens

Attorneys for Defendants and Counterclaim-Plaintiffs EVOLUTION FRESH, INC. and STARBUCKS CORPORATION

# PROOF OF SERVICE

I, the undersigned certify and declare as follows:

     I am over the age of eighteen years and not a party to this action. My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

     On January 10, 2014, at my place of business in San Diego, California, I served the following document:

**JOINT MOTION TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE**

Via the CM/ECF FILING SYSTEM. The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

Lisa M. Martens (SBN 195824)  
martens@fr.com  
FISH & RICHARDSON P.C.  
12390 El Camino Real  
San Diego, CA 92130  
Telephone: (858) 678-5070  
Facsimile: (858) 678-5099  

     I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 10, 2014 in San Diego, California

                            By: /s/ Gary L. Eastman  
                                 Gary L. Eastman