Gary L. Eastman, Esq. (CSB #182518)
Matthew C. McCartney, Esq. (CSB #226687)
Eastman & McCartney LLP
401 West A Street, Suite 1785
San Diego, CA 92101
(619) 230-1144

Attorneys for Plaintiffs
EVOLUTION FAST FOODS, LLC and
MITCH C. WALLIS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTION FAST FOODS, LLC, a California limited liability company, and MITCH C. WALLIS, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> EVOLUTION FRESH, INC., a Delaware corporation, and STARBUCKS CORPORATION, a Washington corporation, <br><br> Defendants and Counterclaim-Plaintiffs, and DOES 1-20, inclusive, Defendants. | Case No. 3:12-cv-2003-JAH (WVG) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Counterclaim-Defendants, Evolution Fast Foods, LLC and Mitch C. Wallis ("Plaintiffs"), and Defendants and Counterclaim-Plaintiffs, Evolution Fresh, Inc. and Starbucks Corporation ("Defendants"), by and through their undersigned

counsel, hereby stipulate to voluntarily dismiss with prejudice Plaintiffs' claims against Defendants and Defendants' counterclaims against Plaintiffs in this action. Each party agrees to bear its own costs, expenses, and attorneys' fees.

STIPULATED BY THE PARTIES

Dated:  February 18, 2014

By:  ___/s/  Gary L. Eastman_____
Gary L. Eastman
EASTMAN & MCCARTNEY LLP
gary@eastmanmccartney.com

ATTORNEY FOR PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS EVOLUTION FAST FOODS, LLC AND MITCH C. WALLIS

Dated:  February 18, 2014

By:   /s/ Lisa M. Martens_____
Lisa M. Martens
FISH & RICHARDSON P.C.
martens@fr.com

ATTORNEY FOR DEFENDANTS EVOLUTION FRESH, INC. AND STARBUCKS CORPORATION

# PROOF OF SERVICE

I, the undersigned certify and declare as follows:

I am over the age of eighteen years and not a party to this action.  My business address is 401 West A Street, Suite 1785, San Diego, California, 92101, which is located in the county where the service described below took place.

On February 18, 2014, at my place of business in San Diego, California, I served the following document:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Via the CM/ECF FILING SYSTEM.  The undersigned hereby certifies that he caused a copy of the foregoing documents to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

Lisa M. Martens (SBN 195824)
martens@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

I certify and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on February 18, 2014 in San Diego, California

                         By:    /s/ Gary L. Eastman
                                 Gary L. Eastman